CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Francisco Duarte**, <br><br> Plaintiff, <br><br> v. <br><br> **JSGS Partners, LLC,** a California Limited Liability Company; **Young Hwan Cho**; and Does 1-10, <br><br> Defendants. | Case 2:18-CV-00436-DDP-SK <br><br> **Plaintiff's Application for Default Judgment by Court Against Young Hwan Cho** <br><br> Date:  April 23, 2018 <br> Time:  10:00 a.m. <br> Ctrm:  9C |

To Defendant Young Hwan Cho and the attorneys of record, if any: Please take notice that on April 23, 2018, at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 West 1st Street, Los Angeles, California. Plaintiff Francisco Duarte will present his application for default judgment against defendant Young Hwan Cho. The Clerk has previously entered the default on defendant Young Hwan Cho, on February 23, 2018.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant Young Hwan Cho is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief

1  Act of 1940; (2) Defendant Young Hwan Cho, has not appeared in this action; and
2  (3) Plaintiff is entitled to judgment against said Defendant on account of the claims
3  pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act,
4  and the Unruh Civil Rights Act.
5      The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory
6  damages and $3,580.00 in attorney fees and costs as set forth in the attached
7  declaration of Dennis Price and an Order directing the defendant to: provide
8  compliant accessible transaction counter at the property located at or about 9018
9  Artesia Blvd., Bellflower, California. This application is based on this notice, the
10 declarations submitted in support of this motion, and other matters which may be
11 presented at the hearing.
12     Notice of this the original application for default judgment by court was
13 served on defendant Young Hwan Cho on March 19, 2018, by first class United
14 States Mail, postage prepaid.

Dated: March 19, 2018                CENTER FOR DISABILITY ACCESS

                                     By: */s/ Dennis Price*
                                     Dennis Price, Esq.
                                     Attorneys for Plaintiff